IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: INSULIN PRICING LITIGATION**<br><br>**SISTEMA INTEGRADO DE SALUD DEL OESTE LLC**<br><br>**v.**<br><br>**ELI LILLY AND COMPANY ET AL** | MDL No. 2:23-md-03080-BRM-LDW<br><br>**MOTION TO SUBSTITUTE COUNSEL OF RECORD**<br><br>This document relates to:<br><br>2:24-cv-09641-BRM-LDW |

## *EX PARTE* MOTION TO SUBSTITUTE COUNSEL OF RECORD

NOW INTO COURT, through undersigned counsel, come Plaintiffs, **Sistema Integrado de Salud del Oeste LLC, East Coast Medical Services Inc., Costa Este Medical Services LLC., Costa Este Medical Services Corp., Family Medicine Group Inc., and Internal Medicine Canovanas Group, Inc.**, and move this Court for an Order withdrawing Jason W. Burge (LA Bar No. 30420) as counsel of record and substituting in Kaja S. Elmer (NJ Bar No. 077982013) as counsel of record in the above-captioned proceeding. Mr. Burge is leaving the law firm Fishman Haygood L.L.P. and will no longer be representing Plaintiffs. Plaintiffs will continue to be represented by all other currently enrolled counsel. No party will be prejudiced by this withdrawal.

Plaintiffs also request this Court remove Jason Burge's name from all mailing lists and ECF distribution lists in this proceeding.

Plaintiffs and Jason W. Burge consent to this withdrawal.

WHEREFORE, Plaintiffs respectfully requests that this Honorable Court enter an Order withdrawing Jason W. Burge as counsel of record for Plaintiffs and remove his name from all mailing lists in this proceeding. Plaintiffs also respectfully request that Kaja S. Elmer be added as additional counsel of record in this matter.

Respectfully submitted,

*/s/ Jason W. Burge*

Jason W. Burge, LA Bar No. 30420
Kaja S. Elmer, NJ Bar No. 077982013
**FISHMAN HAYGOOD, L.L.P.**
201 St. Charles Avenue, 46th Floor
New Orleans, Louisiana 70170-4600
Telephone: (504) 586-5252
Facsimile: (504) 586-5250
jburge@fishmanhaygood.com
kelmer@fishmanhaygood.com

Harold D. Vicente-Colon
Vicente & Cuebas
P. O. BOX 11609
San Juan, PR 00910-1609
787-751-8000
Fax: 787-756-5250
Email: hdvc@vclawpr.com

Harold D. Vicente-Gonzalez
Vicente & Cuebas
P. O. BOX 11609
San Juan, PR 00910-1609
787-751-8000
Fax: 787-756-5250
Email: hvicente@vc-law.net

Heriberto Lopez-Guzman
H. Lopez Law
Metro Office Park
Building 11, Street 1
Suite 105a
Guaynabo, PR 00968
787-422-0243
Email: hlopez@hlopezlaw.com

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 8, 2026, the foregoing document was filed using the Court's CM/ECF system, which has generated and delivered electronic notice of filing to all counsel of record who have consented to electronic service.

*/s/ Jason W. Burge*